MARGARET HOVELL, as Administratrix of the Estate of EDGAR T. HOVELL, Deceased, Respondent, *v.* VICTOR J. DOWLING et al., as Receivers of INTERBOROUGH RAPID TRANSIT COMPANY, Appellants.

Submitted May 28, 1937; decided June 11, 1937.

*A. H. Cole, Louis S. Carpenter* and *James L. Quackenbush* for appellant.

*Abraham Engelman* and *Walter Klein* for respondent.

Judgments reversed and new trial granted, with costs to abide the event, on the ground that there was no evidence of negligence sufficient to warrant submission of the case to the jury. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: LEHMAN, FINCH and RIPPEY, JJ.